UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Jeffery Houser

    Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 20−12258−pmm

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

<u>objection to Claim</u> has filed with the court.

1. <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before <u>6/31/2020</u> you or your attorney must file a response to the Motion. (*see Filing Instructions below*).

3. A hearing on the Motion is scheduled to be held on 7/9/20 , at 11:00 AM in 201 Penn Street, 4th Floor, Reading, PA 19601

Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408− 2800 and for Reading cases at 610−208−5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the movant whose name and address is listed on this Notice.

Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005−1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:
United States Bankruptcy Court
The Gateway Building, 201 Penn Street, Suite 103 Reading, PA 19601

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant:

[Movant name] <u>Jeffery Houser</u>

[Address] 5355 Monocacy Drive Bethlehem, PA 18017

[Phone No.]

[Fax No.]

[E–mail address]

[If applicable, name and address of others to be served.]

Dated: 6/16/20

17
Form 232