**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Jeffery Houser,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No. 20-12258 PMM** |

# O R D E R

**AND NOW,** the Debtor having filed a *pro se* Objection to Claim Number 4 by Cascade Mortgage Funding ("the Objection") (Doc. #16 );

**AND** the creditor, Cascade Mortgage Funding having filed a Response to the Objection (doc. no. 20);

**AND** a hearing on the Objection having been scheduled and held on July 9, 2020 at 2:00;

**AND** the Debtor having failed to appear at the hearing;

It is hereby **ORDERED** that the Objection is **DENIED** for lack of prosecution.

*Patricia M. Mayer*

**Date:** July 10, 2020

　　　　　　　　　　　　　　　　　　　　**PATRICIA M. MAYER**
　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**