```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                      Case No. 20-12258-pmm
Jeffery Houser                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Antoinett        Page 1 of 1            Date Rcvd: Jul 10, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
db              +Jeffery Houser,    5355 Monocacy Drive,    Bethlehem, PA 18017-9111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Jeffery Houser,** | : | **Chapter 13** |
| | : | |
| Debtor | : | **Bky. No. 20-12258 PMM** |

# O R D E R

**AND NOW,** the Debtor having filed a *pro se* Objection to Claim Number 4 by Cascade Mortgage Funding ("the Objection") (Doc. #16 );

**AND** the creditor, Cascade Mortgage Funding having filed a Response to the Objection (doc. no. 20);

**AND** a hearing on the Objection having been scheduled and held on July 9, 2020 at 2:00;

**AND** the Debtor having failed to appear at the hearing;

It is hereby **ORDERED** that the Objection is **DENIED** for lack of prosecution.

**Date:** July 10, 2020

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**