United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 20-12258-pmm
Jeffery Houser                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Virginia           Page 1 of 1              Date Rcvd: Sep 11, 2020
                             Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.
```
db              +Jeffery Houser,    5355 Monocacy Drive,    Bethlehem, PA 18017-9111
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
intp            +Carol Ann Houser,    5355 Monocacy Drive,    Bethlehem, PA 18017-9111
cr              +SPECIALIZED LOAN SERVICING, LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, CO 80129-2386
14517815        +Bayview Loan Servicing, LLC, a Delaware Limited Li,    Bayview Loan Servicing, LLC,
                  4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
14508988        +Cascade Funding Mortgage Trust 2017-1,    C/O Rebecca A. Solarz, Esq.,    KML Law Group,
                  701 Market Street Suite 5000,    Philadelphia, PA 19106-1541
14507892        +Cascade Funding Mortgage Trust 2017-1,    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14501714        +Cascade Funding Mortgage Truste,    1140 Ave of the Americas, 7th Fl.,    New York, NY 10036-5803
14501715        +FV-I Inc.,    1585 Broadway,    New York, NY 10036-8200
14501716        +Morgan Stanley Mortgage Cap. Holdings, LLC,    1585 Broadway Lower B,    New York, NY 10036-8200
14514146        +Nissan-Infiniti LT,    PO Box 9013,    Addison, Texas 75001-9013
14525132        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
14510214         Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2020 04:50:59
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2020 04:51:32      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14502887         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2020 05:02:18      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bayview Loan Servicing, LLC
cr               Bayview Loan Servicing, LLC, A Delaware Limited Li
14525134*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:
```
              REBECCA ANN SOLARZ    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jeffery Houser<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 20-12258-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 11, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE